# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 807 |
| | : | |
| ORDER AMENDING RULES | : | SUPREME COURT RULES |
| 341 AND 342 OF THE | : | |
| PENNSYLVANIA | : | DOCKET |
| BAR ADMISSION RULES | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2019, upon the recommendation of the Board of Law Examiners, the proposal having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. No. 103(a)(3):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 341 and Rule 342 of the Bar Admission Rules are amended in the attached forms.

    This Order shall be processed in accordance with Pennsylvania Rule of Judicial Administration No. 103(b) and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.